O|F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ULANA ILLIANO

        Plaintiff,                    **STIPULATION**

v.                                                08 CV 00529 (ADS)(MO)

THE MINEOLA UNION FREE SCHOOL DISTRICT,
LORENZO LICOPOLI Individually and in his capacity
As Superintendent of THE MINEOLA UNION FREE
SCHOOL DISTRICT and MICHAEL NAGLER,
Individually and as Deputy Superintendent of THE
MINEOLA UNION FREE SCHOOL DISTRICT,

        Defendants.
------------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties in the above-captioned matter that this matter is hereby withdrawn with prejudice and without costs, disbursements or attorneys fees to any party.

      IT IS FURTHER STIPULATED AND AGREED, that facsimile and email copies of this Stipulation shall be deemed as originals for purposes of filing.

Dated: New York, New York
       July 9, 2009

_____
Harry Weinberg, Esq. (HW 0574)
Law Offices of Harry Weinberg
Attorneys for Plaintiff Illiano
11 Beach Street – 8th Floor
New York, N.Y. 10013
(212) 989-2908

_____
Paul F. Callan, Esq. (PFC 2005)
Callan, Koster, Brady & Brennan
Attorneys for Defendant Nagler
One Whitehall Street
New York, N.Y. 10004
(212) 248-8800

_____
Jeltje deJong, Esq.
Devitt, Spellman & Barrett, LLP.
Attorneys for Defendant Mineola UFSD
50 Route 111
Smithtown, N.Y. 11787
(631) 724-8833

_____
Brian S. Sokoloff, Esq.
Sokoloff & Stern
Attorneys for Defendant Licopoli
355 Post Avenue
Westbury, N.Y. 11590
(516) 334-4500

So Ordered. Case Closed.

Arthur D. Spatt, USDJ.
7/30/09

**MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT.**